# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

# NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**  
Jason John Rothbard  
**SSN:** xxx–xx–9005  
**EIN:** N/A  
dba Jason's Pilot Service  

10282 Pua Dr  
Huntington Beach, CA 92646

**BANKRUPTCY NO.**  8:23–bk–11972–MH  
**CHAPTER**  13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: February 2, 2024

For The Court,

**Kathleen J. Campbell**  
Clerk of Court

(Form ntc13pln – ncp13 v.12/20)

**33 / AUTU**