| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email address | FOR COURT USE ONLY |
|---|---|
| **Kevin Tang**<br>**Tang & Associates**<br>**17011 Beach Blvd Suite 900**<br>**Huntington Beach, CA 92647**<br>**714-594-7022 Fax: 714-421-4439**<br>California State Bar Number: **291051 CA**<br>**kevin@tang-associates.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re<br><br>**Jason John Rothbard**<br><br>Debtor(s). | CASE NO.: **8:23-bk-11972-MH**<br>CHAPTER 13 |
|---|---|
| | **MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No Hearing Required] |

1. The Debtor hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to (***check all that apply***):
   ☑ Change the treatment of Freedom Road Financial from Class 6 to sale of the collateral to a family member and the family will continue making payments to the secured creditor.
   ☐ Address the expiration of the plan.
   ☐ Cure the infeasibility of the plan.
   ☐ Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 plan:
   The Order Confirming Plan was entered on __1/11/24__.
   Plan payment amount(s): $__ per month.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors: __31__%.

4. There have been __0__ previous modification or suspension orders.
   Plan payments have been suspended for __ months and/or the plan has been extended for __ months.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*      Page 1      **F 3015-1.05.MOTION.MODIFY.SUSPEND**

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s): $____ per month.
   Length of plan: ____ months.
   Percentage paid to Class 5 general unsecured creditors: ____%.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* ____ plan payments.
   ☐ Extend the term by *(indicate number of months)* ____ month(s).
   ☐ Reduce the term by *(indicate number of months)* ____ month(s).
   ☐ Increase the plan payment from $____ to $____ from *(date)* _____ to *(date)* _____.
   ☐ Reduce the plan payment from $____ to $____ from *(date)* _____ to *(date)* _____.
   ☑ Change the treatment of Freedom Road Financial from Class 6 to sale of the collateral to a family member and the family will continue making payments to the secured creditor.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's(s') circumstances have changed in the following respect:

**File and serve amended schedules I and J (if appropriate) and supporting documentation concerning the basis for this motion including, but not limited to, proof of income.**

8. If this motion is granted, the last plan payment due would be payable **60** months after the first plan payment was due.

9. If this motion is granted:
   ☑ There will be no change in the percentage paid to Class 5 general unsecured creditors,
   OR
   ☐ The percentage paid to Class 5 general unsecured creditors will change from ___% to ___%.

Date: **February 25, 2024**

/s/ Kevin Tang
**Kevin Tang**
Attorney for Debtor

I declare under penalty of perjury that the following is true and correct.
Date: **February 25, 2024**

_____
Jason John Rothbard
Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                            Page 2                            F 3015-1.05.MOTION.MODIFY.SUSPEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**17011 Beach Blvd Suite 900**
**Huntington Beach, CA 92647**

A true and correct copy of the foregoing document entitled (*specify*):   **Motion Under Local Bankruptcy Rule 3015-1(n) and (w) To Modify Plan or Suspend Plan Payments**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **2/29/24**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On   **2/29/24**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 29, 2024** | **Tommy Turner** | /s/ Tommy Turner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                                 Page 3                        **F 3015-1.05.MOTION.MODIFY.SUSPEND**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-8<br>Case 8:23-bk-11972-MH<br>Central District of California<br>Santa Ana<br>Tue Oct  3 10:23:47 PDT 2023 | Santa Ana Division<br>411 West Fourth Street, Suite 2030,<br>Santa Ana, CA 92701-4500 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 |
| (p)AMERICAN HONDA FINANCE<br>P O BOX 168088<br>IRVING TX 75016-8088 | (p)AVEN FINANCIAL INC<br>548 MARKET ST PMB 99555<br>SAN FRANCISCO CA 94104-5401 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Freedom Road Financial<br>Attn: Bankruptcy<br>10509 Professional Circle, Suite 100<br>Reno, NV 89521-4883 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>Po Box 70379<br>Philadelphia, PA 19176-0379 | (p)LBS FINANCIAL CREDIT UNION<br>ATTENTION JUAN FLORES & ERICA ALFARO<br>P O BOX 4860<br>LONG BEACH CA 90804-0860 |
| Lvnv Funding/Resurgent Capital<br>Attn: Bankruptcy<br>Po Box 10497<br>Greenville, SC 29603-0497 | Merrick Bank/CCHoldings<br>Attn: Bankruptcy<br>P.O. Box 9201<br>Old Bethpage, NY 11804-9001 | Nat Recv Sol<br>Pob 322<br>Lockport, NY 14095-0322 |
| Shellpoint Mortgage Servicing<br>Attn: Bankruptcy<br>Po Box 10826<br>Greenville, SC 29603-0826 | Solar Mosaic Inc<br>Attn: Bankruptcy<br>300 Lakeside Dr, 24th Fl<br>Oakland, CA 94612-3572 | Systems & Services Technologies, Inc.<br>Attn: Bankruptcy<br>4315 Pickett Road<br>Saint Joseph, MO 64503-1600 |
| United States Trustee (SA)<br>411 W Fourth St., Suite 7160<br>Santa Ana, CA 92701-4500 | Webbank/dignifi<br>Po Box 7084<br>Boulder, CO 80306-7084 | Amrane (SA) Cohen (TR)<br>770 The City Drive South Suite 3700<br>Orange, CA 92868-4928 |
| Jason John Rothbard<br>10282 Pua Dr<br>Huntington Beach, CA 92646-2537 | Kevin Tang<br>Tang & Associates<br>17011 Beach Blvd<br>Suite 900<br>Huntington Beach, CA 92647-5998 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| American Honda Finance Corporation<br>National Bankruptcy Center<br>P.O. Box 168088<br>Irving, TX 75016-8088 | Aven Financial Inc<br>330 Primrose Rd Ste 412<br>Burlingame, CA 94010 | LBS Financial Credit Union<br>Attn: Bankruptcy<br>Po Box 4860<br>Long Beach, CA 90804 |

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19