| | FOR COURT USE ONLY |
|---|---|
| Amrane Cohen, Chapter 13 Trustee<br>Brian D. Wirsching (SBN 189491)<br>770 The City Drive South, Suite 3700<br>Orange, CA 92868<br>Phone: (714) 621-0200<br>Office email: efile@ch13ac.com<br>Direct email : Brian@ch13ac.com<br><br><br>Chapter 13 Trustee | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>JASON JOHN ROTHBARD<br><br><br><br>Debtor(s). | CASE NUMBER 8:23-bk-11972-MH<br><br>CHAPTER 13<br><br>**TRUSTEE'S COMMENTS ON OR OBJECTION**<br><br><br>[No Hearing Required] |
|---|---|

**TRUSTEE'S COMMENTS ON OR OBJECTION TO:**

☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO INCUR DEBT**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**

☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**

☐ **OTHER:**

The undersigned Chapter 13 Trustee, having reviewed Debtor's Motion filed on **02/29/2024** as docket entry number **37**, recommends:

☐ APPROVAL

    ☐ See attached sheet.

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                     Page 1            **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

☐    APPROVAL on the following conditions:

  ☐ See attached sheet.


☒    DISAPPROVAL for the following reasons:

The plan as confirmed provided for surrender of a 2022 KTM 125SX motorcycle to secured creditor Freedom Road Financial ("FRF").  By virtue of the order confirming the plan, FRF was granted relief from the automatic stay.  By the motion, Debtor seeks to modify the plan to change the treatment of FRF from surrender to "sale of the collateral to a family member and the family will continue making payments to the secured creditor."

The Trustee does not recommend approval because:

1.    The proposed treatment of FRF does not comply with any provision of 11 U.S.C. §§ 1322 or 1325(a)(5).  Sale of an asset via the plan is not an available treatment of a secured creditor.

2.    Authorization for the sale of property of the estate cannot be accomplished via a plan provision.  A separate motion must be filed.

3.    Under 11 U.S.C. § 1327, modification of the plan as proposed would bind FRF to accept payments from an undefined "family member."

Movant may either file a voluntarily dismissal of the instant motion, or alternatively, Movant may set the motion for a hearing under applicable Local Bankruptcy Rules, using the Court's self-calendaring procedure, and serve notice of the hearing as appropriate.

  ☐ See attached sheet.


☐    NO POSITION TAKEN BY THE CHAPTER 13 TRUSTEE


☒    SET FOR HEARING


Dated:  3/19/2024                                              /s/ Brian Wirsching
                                                                       Attorney for Amrane Cohen, Chapter 13 Trustee

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2        **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

**[THIS PAGE INTENTIONALLY LEFT BLANK.]**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 3    **F 3015-1.13.TRUSTEE.COMMENT.GENRL**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **TRUSTEE'S COMMENTS ON OR OBJECTION TO: DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/19/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen   efile@ch13ac.com;
United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
KEVIN TANG, ESQ. KEVIN@TANG-ASSOCIATES.COM

☐ Service information continued on attached page

**2**.  **SERVED BY UNITED STATES MAIL**:
On (*date*) 03/19/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

   Jason John Rothbard
   10282 Pua Dr
   Huntington Beach, CA 92646

☐ Service information continued on attached page

**3**.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Honorable MARK D HOULE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/19/2024 | Reyna Patrick | /s/ Reyna Patrick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                             Page 4          **F 3015-1.13.TRUSTEE.COMMENT.GENRL**