```
 1  Amrane Cohen, Chapter 13 Trustee
    Brian D. Wirsching (SBN 189491)
 2  770 The City Drive South, Suite 3700
    Orange, CA 92868
 3  Tel: (714) 621-0200
 4  Fax: (714) 621-0277
    Office email: efile@ch13ac.com
 5  Direct email: Brian@ch13ac.com
 6
 7  Chapter 13 Trustee
```

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JASON JOHN ROTHBARD<br><br><br><br><br><br><br><br>Debtors. | **Case No.: 8:23-bk-11972-MH**<br><br>Chapter 13<br><br>**CHAPTER 13 TRUSTEE'S RESPONSE TO AND JOINDER IN MOTION FOR RELIEF FROM THE AUTOMATIC STAY; VERIFICATION**<br><br>Hearing:<br>Date:       April 25, 2024<br>Time:      11:30 am<br>Courtroom: 6C<br>Address:   411 West Fourth Street,<br>               Santa Ana, CA 92701 |

**PLEASE TAKE NOTICE** that Amrane Cohen, Chapter 13 Trustee (the "Trustee"), responds to and joins in the Motion for Relief from the Automatic Stay (the "Motion") filed by Wilmington Savings Fund Society, FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2021-7 ("Movant") on March 28,

1

**CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

2024, as Docket No. 42. As discussed in more detail below, the Trustee requests that the Motion either:

    a)     grant relief to Movant from the automatic stay outright without modification of the automatic stay if Debtors do not oppose the Motion; or

    b)     be continued to such time as to allow for the filing and determination of a Trustee's Motion to Modify the Plan which will seek to cure the post-petition arrears to Movant, provide for the Trustee to be the post-petition disbursing agent to Movant, and to cure other curable defaults in the plan.

Per the terms of the confirmed plan, Debtor is the disbursing agent for post-petition contractual installment payments to Movant. As evidenced by the Motion, Debtor has defaulted in their duty to make these payments and are therefore in material default of a plan provision. Resolution of the Motion by way an "adequate protection" agreement between Movant and Debtor which alters the payments to be received by Movant would constitute a modification of the terms of the plan under 11 U.S.C. § 1329 without notice to all creditors and interested parties.

By separate motion, and as the facts of this case deem appropriate, the Trustee intends to seek modification of the plan to:

    a.     cure the post-petition default to Movant;

    b.     provide that the Trustee shall be the post-modification disbursing agent to Movant for ongoing contractual installment payments;

      c.      provide for appropriate post-petition fees, expenses, and charges incurred by Movant in the event Movant files the required notice under Fed. Rule Bankr. Proc. 3002.1(c); and

      d.      cure such other defaults in the plan so as to assist Debtors in the successful completion of their plan.

To the extent that Debtor has made any payments to Movant since the Motion filing date which renders the amount in default stated in the Motion no longer accurate, the Trustee requests documentation of such payments be provided and/or that Movant so advise the Trustee.

If Debtor has not filed their annual statement of income and expenditures as required by 11 U.S.C. § 521(f)(4), the Trustee requests that Debtor does so immediately.

If Debtor has not provided the Trustee with all required state and federal income tax returns as required by the plan, the Trustee requests that Debtor does so immediately.

Dated: April 10, 2024                          By: /s/ Brian D. Wirsching
                                                    Brian D. Wirsching
                                                    Attorney for Amrane Cohen,
                                                    Chapter 13 Trustee

**CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

## VERIFICATION

I, Brian D. Wirsching, declare that I am employed as a staff attorney for Amrane Cohen, Chapter 13 Trustee in this case ("Trustee"). The Trustee is the duly appointed chapter 13 trustee in the instant case. I have personally reviewed the files and records maintained by the Trustee in this case, such records being kept in the ordinary course of the Trustee's business. The facts stated in this response are true and correct to the best of my knowledge.

Dated: April 10, 2024              By: /s/ Brian D. Wirsching
                                       Brian Wirsching

**CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY; VERIFICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/10/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/10/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jason John Rothbard
10282 Pua Dr
Huntington Beach, CA 92646

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. MARK D HOULE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/10/2024 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                          F 9013-3.1.PROOF.SERVICE

NEF SERVICE LIST

Amrane (SA) Cohen (TR)    efile@ch13ac.com
Patrick Kane    pkane@hillwallack.com
Angela C. Pattison    apattison@hillwallack.com
Nichlas P Spallas    bknotices@spallasjones.com
Kevin Tang    kevin@tang-associates.com, kevintang@ecf.courtdrive.com,tangassociates@jubileebk.net;tangkr88411@notify.bestcase.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**