Amrane Cohen, Chapter 13 Trustee
Brian D. Wirsching (SBN 189491)
770 The City Drive South, Suite 3700
Orange, CA 92868
Tel: (714) 621-0200
Fax: (714) 621-0277
Office email: efile@ch13ac.com
Direct email: Brian@ch13ac.com

Chapter 13 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>JASON JOHN ROTHBARD<br><br><br><br><br><br>Debtors. | **Case No.: 8:23-bk-11972-MH**<br><br>Chapter 13<br><br>**CHAPTER 13 TRUSTEE'S UNILATERAL STATUS REPORT RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY; VERIFICATION**<br><br>Hearing:<br>Date:    April 25, 2024<br>Time:    11:30 am<br>Courtroom: 6C<br>Address:   411 West Fourth Street,<br>            Santa Ana, CA 92701 |

    Amrane Cohen, Chapter 13 Trustee (the "Trustee"), provides the Court with the following status update regarding the Motion for Relief from the Automatic Stay (the "Motion") filed by Wilmington Savings Fund Society, FSB, not its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2021-7 ("Movant") on March 28, 2024, as Docket No. 42.

1

CHAPTER 13 TRUSTEE'S UNILATERAL STATUS REPORT RE
MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On April 2, 2024, the Trustee's office sent an email to Debtor's counsel and Movant's counsel expressing that if Debtor was to oppose the Motion, the Trustee's intention was to modify the plan to make future payments to Movant conduit and cure the post-petition default. A request was made for Debtor's intention and for relevant arrears information from Movant. The Trustee received no response to this email.

Further, Debtor has not opposed the Motion.

Accordingly, the Motion should be granted if deemed warranted by the Court.

Dated: April 18, 2024                             By: /s/ Brian D. Wirsching
                                                  Brian D. Wirsching
                                                  Attorney for Amrane Cohen,
                                                  Chapter 13 Trustee

## **VERIFICATION**

I, Brian D. Wirsching, declare that I am employed as a staff attorney for Amrane Cohen, Chapter 13 Trustee in this case ("Trustee"). The Trustee is the duly appointed chapter 13 trustee in the instant case. I have personally reviewed the files and records maintained by the Trustee in this case, such records being kept in the ordinary course of the Trustee's business. The facts stated in this response are true and correct to the best of my knowledge.

Dated: April 18, 2024                             By: /s/ Brian D. Wirsching
                                                  Brian Wirsching

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **CHAPTER 13 TRUSTEE'S UNILATERAL STATUS REPORT RE MOTION FOR RELIEF FROM THE AUTOMATIC STAY; VERIFICATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 04/18/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 04/18/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jason John Rothbard
10282 Pua Dr
Huntington Beach, CA 92646

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

The Hon. MARK D HOULE

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/18/2024 | Aldo Amaya | /s/ Aldo Amaya |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                 F 9013-3.1.PROOF.SERVICE

NEF SERVICE LIST

Amrane (SA) Cohen (TR)    efile@ch13ac.com
Patrick Kane    pkane@hillwallack.com
Angela C. Pattison    apattison@hillwallack.com
Nichlas P Spallas    bknotices@spallasjones.com
Kevin Tang    kevin@tang-associates.com, kevintang@ecf.courtdrive.com,tangassociates@jubileebk.net;tangkr88411@notify.bestcase.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**