1  AMRANE COHEN
   CHAPTER 13 TRUSTEE
2  Orange City Square
   770 The City Dr. South, #3700
3  Orange, CA  92868
   Tel: (714) 621-0200
4  Fax: (714) 621-0277

5  **UNITED STATES BANKRUPTCY COURT CENTRAL
   DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

6
   | IN RE: | Chapter 13 |
7  | JASON JOHN ROTHBARD | Case No.:  8:23-bk-11972-MH |
   |  | NOTICE OF MOTION AND VERIFIED |
8  |  | MOTION FOR ORDER DISMISSING |
   |  | CHAPTER 13 PROCEEDING (11 U.S.C. - |
9  | Debtor(s). | 1307(c)) |

10
       PLEASE TAKE NOTICE THAT THE TRUSTEE HEREIN MOVES FOR AN ORDER DISMISSING
11  THIS PROCEEDING ON OR AFTER 9/30/2024 UNLESS ARRANGEMENTS ARE MADE BY THE
    ABOVE-NAMED DEBTOR(S) TO CURE THE DELINQUENT PAYMENTS IN THE AMOUNT OF
12  $6,125.00.  IN ADDITION TO THE DELINQUENT AMOUNT LISTED, DEBTOR(S) MUST CURE ANY
    SUBSEQUENT TRUSTEE PAYMENT THAT MAY COME DUE AFTER THE DATE OF THIS NOTICE.
13  THIS MOTION IS BASED ON THE FOLLOWING GROUNDS: MATERIAL DEFAULT BY THE
    DEBTOR(S) WITH RESPECT TO THE TERM OF THE CONFIRMED PLAN BY FAILING TO MAKE
14  PAYMENTS ACCORDING TO THE PLAN (11 U.SC. 1307(c)(6)).

15
       A HISTORY OF THE PAYMENTS RECEIVED IN THIS CASE IS LISTED ON THE NEXT
16  PAGE.

17
    THIS MOTION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO LOCAL
18  BANKRUPTCY RULE 9013-1(o)(1). ANY PARTY IN INTEREST WHO WISHES TO OPPOSE THE
    MOTION MUST OBTAIN A HEARING DATE FROM THE CLERK OF THE COURT FOR THE
19  SANTA ANA DIVISION AND MUST SERVE AND FILE HIS OPPOSITION PAPERS ON THE
    TRUSTEE WITHIN FOURTEEN(14) DAYS OF THE DATE OF SERVICE OF THIS MOTION.

20
                                                          /S/AMRANE COHEN
21                                                        AMRANE COHEN

22
    AMRANE COHEN DECLARES UNDER PENALTY OF PERJURY THAT HE IS THE DULY
23  APPOINTED, QUALIFIED AND ACTING CHAPTER 13 TRUSTEE AND THE FOREGOING IS TRUE
    AND CORRECT. EXECUTED AT ORANGE, CALIFORNIA ON
24

25  DATED: 9/4/2024                                       /S/AMRANE COHEN
                                                          AMRANE COHEN
26

27

## RECEIPT HISTORY

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| 10/27/2023 | 9450816000 | $1,912.00 | 11/27/2023 | 9501082000 | $1,912.00 | 12/26/2023 | 9549073000 | $1,912.00 |
| 01/22/2024 | 9592695000 | $2,066.00 | 02/20/2024 | 9642273000 | $2,066.00 | 03/26/2024 | 9700598000 | $2,066.00 |
| 03/29/2024 | 9700598000 | ($2,066.00) | 04/17/2024 | 39023876 | $2,100.00 | 05/15/2024 | 43716880 | $2,100.00 |
| 05/31/2024 | 45716875 | $2,071.00 | | | | | | |

| | |
|---|---|
| **In re:**<br>Jason John Rothbard<br>10282 Pua Dr<br>Huntington Beach, CA 92646      Debtor(s). | **CHAPTER 13**<br><br>**Case No.:** 8:23-bk-11972-MH |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 THE CITY DR. SOUTH, #3700
ORANGE, CA 92868

The foregoing document described as **NOTICE OF MOTION AND VERIFIED MOTION FOR ORDER DISMISSING CHAPTER 13 PROCEEDING (11 U.S.C. - 1307(c))** will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") -** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/4/2024 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

  KEVIN TANG, ESQ.                                      KEVIN@TANG-ASSOCIATES.COM
                                                                                 kevintang@ecf.courtdrive.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 9/4/2024 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage theron fully prepaid in the United States Mail and /or with an overnight mail service addressed as follows:

  Jason John Rothbard
  10282 Pua Dr
  Huntington Beach, CA 92646

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) who consented in writing to such service method, by facsimile transmission and/or email as follows:


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | |
|---|---|
| 9/4/2024              ALDO AMAYA | /s/_ALDO AMAYA__ |
| Date                        Type Name | ALDO AMAYA |